1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

KATELYNN SHENEMAN,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 21CR1617-JLS

ORDER GRANTING JOINT
MOTION TO CONTINUE
MOTION HEARING

   Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for July 9, 2021 at 1:30 p.m. is continued to August 13, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by July 23, 2021.

   For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

   **IT IS SO ORDERED**.

Dated: July 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge